**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**v.**

**AREVA MICHELLE HOSKIN**

**CRIMINAL CASE NO. 1:26-cr-00127-DMB-DAS**

# PROTECTIVE ORDER

Upon submission by the United States of America, the Court finds that good cause exists to enter a protective order in the above-captioned case. It is therefore ordered that all discovery materials produced by the government in this case, and all sealed filings to the court docket, as well as any manual and mechanical reproductions thereof:

(a) will not be copied, except to the extent needed as trial exhibits or as counsel's working copies;

(b) will not be shared outside of the defendant's counsel's office, or the correctional facility library, if the defendant were detained before trial, or with any person not employed by defendant's counsel;

(c) will not be provided to, or kept by, a defendant, except that defendant's counsel may take the materials to a defendant and show them to a defendant;

(d) will not be discussed or shared between a defendant and others associated with or involved in the offenses in the Indictment;

(e) that the defendant, defendant's counsel, and any agent thereof, be prohibited from disseminating any of these materials or disclosing any information contained therein to anyone other than to this Court, to his client in this case, to the specific taxpayer to which a tax file pertains, or witnesses and individuals necessary to the preparation of a defense with which Defense Counsel deems necessary to discuss Discoverable Material; and

(f) any attorney of record who is retained or appointed to represent a defendant or who is later relieved of representation of a defendant is bound by the terms of this Order unless excused from its terms by Court Order.

**SO ORDERED**, this the 3rd day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE